IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Mirror Imaging LLC**, | Case No. _____ |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **First National Bank Texas**, | |
| Defendant. | |

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, **Mirror Imaging LLC** ("Mirror Imaging"), through its attorney, Isaac Rabicoff, complains of **First National Bank Texas** ("First National") and alleges the following:

PARTIES

1. Plaintiff Mirror Imaging LLC is a limited liability company organized and existing under the laws of Michigan that maintains its principal place of business at 27500 Donald Court, Warren, Michigan, 48092.

2. Defendant First National Bank Texas is a corporation organized and existing under the laws of Texas that maintains its principal place of business in Killeen, Texas. First National also does business as First Convenience Bank.

JURISDICTION

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

4. This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over First National because it has

engaged in systematic and continuous business activities in the Eastern District of Texas. Specifically, First National has branch bank locations in Killeen, Texas, and provides their full range of banking services to residents in this District. As described below, First National has committed acts of patent infringement giving rise to this action within this District.

## VENUE

6. Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b) because First National has committed acts of patent infringement in this District, and has a regular and established place of business in this District. Specifically, First National has branch bank locations in Killeen, Texas, and provides its full range of banking services to residents in Eastern District of Texas. In addition, Mirror Imaging has suffered harm in this District.

## PATENTS-IN-SUIT

7. Mirror Imaging is the assignee of all right, title and interest in United States Patent Nos. 6,963,866 (the "'866 Patent"), 7,552,118 (the "'118 Patent"), 7,836,067 (the "'067 Patent"), and 9,141,612 (the "'612 Patent"), collectively the "Patents-in-Suit", including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the Patents-in-Suit. Accordingly, Mirror Imaging possesses the exclusive right and standing to prosecute the present action for infringement of the Patents-in-Suit by First National.

### The '866 Patent

8. On November 8, 2005, the United States Patent and Trademark Office issued the '866 Patent. The '866 Patent is titled "Method of Obtaining an Electronically Stored Financial Document." The application leading to the '866 Patent was filed on March 22, 2002, and is a continuation of an application filed on

April 13, 2000, and claims priority from a provisional application filed on April 13, 1999. A true and correct copy of the '866 Patent is attached hereto as Exhibit A and incorporated herein by reference.

9. The '866 Patent is valid and enforceable.

10. The invention in the '866 Patent relates to a method that enables a financial institution in a unique and highly efficient manner to retrieve electronically-stored financial documents having a specific document parameter. Ex. A at 2:38-40. Electronic storage of these financial documents allows financial institutions to eliminate paper copies *Id.* at 1:32-34. The electronic storing, downloading, and retrieving of the financial documents is particularly resource intensive, time consuming, and expensive. *Id.* at 1:54-60. This process becomes increasingly expensive if the client requests a particularly old financial document, because older financial documents frequently require more resources and time to locate and retrieve. *Id.* at 1:60-63.

11. The inventors Michael D. Schulze and Richard J. Gagnon recognized that due to the inefficiencies identified in the conventional methods used by financial institutions to obtain financial documents, it would be both novel and useful to invent a method that would enable a financial institution to obtain electronically-stored financial documents from different storage systems that reduces, if not eliminates, the back office production of the financial institution by providing a direct interface inter-linked with the different storage systems. With such an interface, the responsibility for retrieving financial documents from the different storage systems can be outsourced to third party entities while still providing the financial institution with efficient access to any financial documents electronically-stored. *Id.* at 2:21-2:34. The invention therefore provides a method that enables

financial institutions to retrieve electronically-stored financial documents from different storage systems, allowing them to selectively store financial documents and to do so with unprecedented efficiency. *Id.* at 3:10–15.

### The '118 Patent

12.     On June 23, 2009, the United States Patent and Trademark Office issued the '118 Patent. The '118 Patent is titled "Method of Obtaining an Electronically Stored Financial Document." The application leading to the '118 Patent was filed on August 12, 2005, and is a continuation of the application that issued as the '866 Patent.  A true and correct copy of the '118 Patent is attached hereto as Exhibit B and incorporated herein by reference.

13.     The '118 Patent is valid and enforceable.

14.     The '118 Patent is related to the '866 Patent and, therefore, also relates to a method for a financial institution to obtain electronically-stored financial documents having a specific document parameter is disclosed. Ex. B at 2:39-41

### The '067 Patent

15.     On November 16, 2010, the United States Patent and Trademark Office issued the '067 Patent. The '067 Patent is titled "Method of Obtaining Electronically Stored Financial Documents."  The application leading to the '067 Patent was filed on June 22, 2009, and is a continuation of the application that issued as the '118 Patent.  A true and correct copy of the '067 Patent is attached hereto as Exhibit C and incorporated herein by reference.

16.     The '067 Patent is valid and enforceable.

17.     The '067 Patent is related to the '866 Patent and, therefore, also relates to a method for a financial institution to obtain electronically-stored financial documents having a specific document parameter is disclosed. Ex. C. at 2:40-42.

<u>The '612 Patent</u>

18. On September 22, 2015, the United States Patent and Trademark Office issued the '612 Patent. The '612 Patent is titled "Method of Obtaining an Electronically Stored Financial Document." The application leading to the '612 Patent was filed on March 15, 2013, and is a continuation of an application that was filed on October 13, 2011, which is a continuation of an application that was filed on October 12, 2010, which is a continuation of the application that issued as the '067 Patent. A true and correct copy of the '612 Patent is attached hereto as Exhibit D and incorporated herein by reference.

19. The '612 Patent is valid and enforceable.

20. The '612 Patent is related to the '067 Patent and, therefore, also relates to a method for a financial institution to obtain electronically-stored financial documents having a specific document parameter is disclosed. Ex. D. at 2:46-48.

### COUNT I: INFRINGEMENT OF THE '866 PATENT

21. Mirror Imaging incorporates the above paragraphs herein by reference.

22. **Direct Infringement.** First National has been and continues to directly infringe at least claim 1 of the '866 Patent in this District and elsewhere in the United States, by providing a system, for example First National's Online Banking system, that performs the steps for a financial institution to obtain electronically-stored financial documents having a specific document parameter.

23. First National performs a method for obtaining an electronically-stored financial document from a first storage system remotely-located from a second storage system wherein the first and second storage systems each include a plurality of financial documents stored therein and wherein each of the financial documents include at least one specific document parameter. For example, First National's

Online Banking system stores online statements and deposited check images in remotely located, separate storage systems based on the date associated with that document. *See, e.g.,* https://m.mbanking-services.mobi/res/111906271/en/enrollment/faq.html?expand=true#Willmydepositedcheckbeavailableintransactionhistory.

24.     First National performs the step of storing a plurality of financial documents in a first fixed medium at the first storage system when the specific document parameter of the financial document is greater than a predetermined parameter. First National further performs the step of storing a plurality of financial documents in a second fixed medium at the second storage system when the specific document parameter of the financial document is less than or equal to the predetermined parameter. For example, First National's Online Banking system stores online statements and check images for up to 45 days in a storage system that is retrievable by customers online. After 45 days, online statements and check images are transferred to another storage system for archival purposes for up to 7 years, and require a special request by the customer for online retrieval.

25.     First National performs the step of utilizing a computer terminal connected to the first and second storage systems through a processing unit. First National further performs the step of receiving a request for at least one of the stored financial documents. First National further performs the step of inputting the request into the computer terminal. For example, First National's Online Banking system has a computer terminal connected to its storage systems through a processing unit that store online statements and check images, and this computer terminal allows customers to retrieve online statements and check images. Specifically, First National's Online Banking customers can submit a request for online statements and

check images, received by the computer terminal, by entering the desired date range.

26. First National performs the step of comparing the specific document parameter of the requested financial document to the predetermined parameter to determine if the specific document parameter is greater than, less than, or equal to the predetermined parameter after the request has been inputted. For example, First National's Online Banking system compares the date range submitted by the customer to a predetermined date, for example 45 days of on-demand access to online statements and check images, and the online statement or check image is either retrieved for the customer or the customer receives notice that she must call customer service to request an online statement from equal to or greater than 45 days ago.

27. First National performs the step of automatically accessing the first storage system through the processing unit when the specific document parameter is greater than the predetermined parameter and automatically accessing the second storage system through the processing unit when the specific document parameter is less than or equal to the predetermined parameter. First National further performs the step of retrieving the requested financial document, as defined by the inputted request, in the first fixed medium when the specific document parameter is greater than the predetermined parameter and in the second fixed medium when a specific document parameter of the financial document is less than or equal to the predetermined parameter. For example, First National's Online Banking system's processing unit automatically accesses, and then retrieves, online statements and check images from one storage system if the associated date is less than or equal to 45 days; and from another storage system if the associated date is greater than 45 days.

28. **Induced Infringement.** First National has also actively induced, and continues to induce, the infringement of at least claim 1 of the '866 Patent by actively

inducing its customers, including merchants and end-users to use First National's Online Banking system in an infringing manner as described above. Upon information and belief, First National has specifically intended that its customers use its Online Banking system that infringe at least claim 1 of the '866 Patent by, at a minimum, providing access to, support for, training and instructions for, its Online Banking system to its customers to enable them to infringe at least claim 1 of the '866 Patent, as described above. Even where performance of the steps required to infringe at least claim 1 of the '866 Patent is accomplished by First National and First National's customer jointly, First National's actions have solely caused all of the steps to be performed.

29. Mirror Imaging is entitled to recover damages adequate to compensate it for such infringement in an amount no less than a reasonable royalty under 35 U.S.C. § 284.

30. Mirror Imaging will continue to be injured, and thereby caused irreparable harm, unless and until this Court enters an injunction prohibiting further infringement.

### COUNT II: INFRINGEMENT OF THE '118 PATENT

31. Mirror Imaging incorporates the above paragraphs herein by reference.

32. First National has been and continues to directly infringe at least claim 1 of the '118 Patent in this District and elsewhere in the United States, by providing a system, for example First National's Online Banking system, that performs the steps for a financial institution to obtain electronically-stored financial documents having a specific document parameter is disclosed.

33. First National performs a method of obtaining an electronically-stored financial document from a first storage system remotely-located from a second storage

system wherein the first and second storage systems each include a plurality of financial documents stored therein and wherein each of the financial documents is associated with at least one specific document parameter. For example, First National's Online Banking system stores online statements and deposited check images in remotely located, separate storage systems based on the date associated with that document. *See, e.g.,* https://m.mbanking-services.mobi/res/111906271/en/enrollment/faq.html?expand=true#Willmydepositedcheckbeavailableintransactionhistory.

34. First National performs the step of storing a plurality of financial documents in a first fixed medium at the first storage system when the specific document parameter of the financial document is greater than a predetermined parameter. First National further performs the step of storing a plurality of financial documents in a second fixed medium at the second storage system when the specific document parameter of the financial document is less than or equal to the predetermined parameter. For example, First National's Online Banking system stores online statements and check images for up to 45 days in a storage system that is retrievable by customers online. After 45 days, online statements and check images are transferred to another storage system for archival purposes for up to 7 years, and require a special request by the customer for online retrieval.

35. First National performs the step of utilizing a computer terminal connected to the first and second storage systems through a processing unit. First National further performs the step of submitting a request for at least one of the stored financial documents into the computer terminal. For example, First National's Online Banking system has a computer terminal connected to its storage systems through a processing unit that store online statements and check images, and this

computer terminal allows customers to retrieve online statements and check images. Specifically, First National's Online Banking customers can submit a request for online statements and check images, into the computer terminal, by entering the desired date range.

36. First National performs the step of comparing the specific document parameter of the requested financial document to the predetermined parameter to determine if the specific document parameter is greater than, less than, or equal to the predetermined parameter after the request has been inputted. For example, First National's Online Banking system compares the date range submitted by the customer to a predetermined date, for example 45 days of on-demand access to online statements and check images, and the online statement or check image is either retrieved for the customer or the customer receives notice that she must call customer service to request an online statement from equal to or greater than 45 days ago.

37. First National performs the step of automatically accessing the first storage system through the processing unit when the specific document parameter is greater than the predetermined parameter and automatically accessing the second storage system through the processing unit when the specific document parameter is less than or equal to the predetermined parameter. First National further performs the step of retrieving the requested financial document, as defined by the inputted request, in the first fixed medium when the specific document parameter is greater than the predetermined parameter and in the second fixed medium when a specific document parameter of the financial document is less than or equal to the predetermined parameter. For example, First National's Online Banking system's processing unit automatically accesses, and then retrieves, online statements and check images from one storage system if the associated date is less than or equal to 45

days; and from another storage system if the associate date is greater than 45 days.

38.     **Induced Infringement.** First National has also actively induced, and continues to induce, the infringement of at least claim 1 of the '118 Patent by actively inducing its customers, including merchants and end-users to use First National's Online Banking system in an infringing manner as described above. Upon information and belief, First National has specifically intended that its customers use its Online Banking system that infringe at least claim 1 of the '118 Patent by, at a minimum, providing access to, support for, training and instructions for, its Online Banking system to its customers to enable them to infringe at least claim 1 of the '118 Patent, as described above. Even where performance of the steps required to infringe at least claim 1 of the '118 Patent is accomplished by First National and First National's customer jointly, First National's actions have solely caused all of the steps to be performed.

39.     Mirror Imaging is entitled to recover damages adequate to compensate it for such infringement in an amount no less than a reasonable royalty under 35 U.S.C. § 284.

40.     Mirror Imaging will continue to be injured, and thereby caused irreparable harm, unless and until this Court enters an injunction prohibiting further infringement.

### COUNT III: INFRINGEMENT OF THE '067 PATENT

41.     Mirror Imaging incorporates the above paragraphs herein by reference.

42.     First National has been and continues to directly infringe at least claim 53 of the '067 Patent in this District and elsewhere in the United States, by providing a system, for example First National's Online Banking system, that performs the steps for a financial institution to obtain electronically-stored financial

documents having a specific document parameter is disclosed.

43. First National performs a method for obtaining an electronically-stored financial document from one of a first storage system and a second storage system with the first and second storage systems being different from each other wherein the first and second storage systems each include a plurality of financial documents stored therein and wherein each of the financial documents is stored as an electronic image and is associated with at least one specific document parameter. For example, First National Online Banking system stores online statements and deposited check images in separate storage systems based on the date associated with that document. *See, e.g.,* https://m.mbanking-services.mobi/res/111906271/en/enrollment/faq.html?expand=true#Willmydepositedcheckbeavailableintransactionhistory.

44. First National performs the step of storing a plurality of financial documents in a first fixed medium at the first storage system when the specific document parameter of the financial document is less than a predetermined parameter. First National further performs the step of storing a plurality of financial documents in a second fixed medium at the second storage system when the specific document parameter of the financial document is greater than or equal to the predetermined parameter. For example, First National's Online Banking system stores online statements and check images for up to 45 days in one storage system that is retrievable by customers online. After 45 days, online statements and check images are transferred to another storage system for archival purposes for up to 7 years, and require a special request by the customer for online retrieval.

45. First National performs the step of utilizing a processing unit connected to the first and second storage systems. First National further performs the

step of receiving a request for one of the stored financial documents through the processing unit. For example, First National's Online Banking system has a processing unit connected to its storage systems that store online statements and check images, and this processing unit allows customers to retrieve online statements and check images. Specifically, First National's Online Banking system receives a request for online statements and check images, to the processing unit, by entering the desired date range.

46. First National performs the step of comparing the specific document parameter of the requested financial document to the predetermined parameter to determine if the specific document parameter is greater than, less than, or equal to the predetermined parameter after the request has been received. For example, First National's Online Banking system compares the date range of the received request to a predetermined date, for example 45 days of on-demand access to online statements and check images, and the online statement or check image is either retrieved for the customer or the customer receives notice that she must call customer service to request an online statement from equal to or greater than 45 days ago.

47. First National performs the step of accessing the first storage system when the specific document parameter is less than the predetermined parameter and accessing the second storage system when the specific document parameter is greater than or equal to the predetermined parameter. First National further performs the step of retrieving the requested financial document, as defined by the received request, in the first fixed medium when the specific document parameter is less than the predetermined parameter and in the second fixed medium when a specific document parameter of the financial document is greater than or equal to the predetermined parameter. For example, First National's Online Banking system's processing unit

accesses and then retrieves online statements and check images from one storage system if the associated date is less than 45 days and one day; and from another storage system if the associate date is greater than or equal to 45 days and one day.

48.     **Induced Infringement.** First National has also actively induced, and continues to induce, the infringement of at least claim 53 of the '067 Patent by actively inducing its customers, including merchants and end-users to use First National's Online Banking system in an infringing manner as described above. Upon information and belief, First National has specifically intended that its customers use its Online Banking system that infringe at least claim 53 of the '067 Patent by, at a minimum, providing access to, support for, training and instructions for, its Online Banking system to its customers to enable them to infringe at least claim 53 of the '067 Patent, as described above. Even where performance of the steps required to infringe at least claim 53 of the '067 Patent is accomplished by First National and First National's customer jointly, First National's actions have solely caused all of the steps to be performed.

49.     First National is entitled to recover damages adequate to compensate it for such infringement in an amount no less than a reasonable royalty under 35 U.S.C. § 284.

50.     First National will continue to be injured, and thereby caused irreparable harm, unless and until this Court enters an injunction prohibiting further infringement.

### COUNT IV: INFRINGEMENT OF THE '612 PATENT

51.     Mirror Imaging incorporates the above paragraphs herein by reference.

52.     First National has been and continues to directly infringe at least claim 1 of the '612 Patent in this District and elsewhere in the United States, by

providing a system, for example First National's Online Banking system, that performs the steps for a financial institution to obtain electronically-stored financial documents having a specific document parameter is disclosed.

53. First National performs a method for method of accessing an electronically-stored financial document from one of a first storage system and a second storage system with the first and second storage systems being different from each other wherein the first and second storage systems each include a plurality of financial documents stored therein and wherein each of the financial documents has an electronic image and is associated with at least one specific document parameter. For example, First National Online Banking system stores online statements and deposited check images in separate storage systems based on the date associated with that document. *See, e.g.,* https://m.mbanking-services.mobi/res/111906271/en/enrollment/faq.html?expand=true#Willmydepositedcheckbeavailableintransactionhistory.

54. First National performs the step of storing a plurality of images of the financial documents in a first fixed medium at the first storage system when the specific document parameter of the financial document is greater than a predetermined parameter, wherein the predetermined parameter includes a pre-selected numerical record date. First National further performs the step of storing a plurality of financial documents in a second fixed medium at the second storage system when the specific document parameter of the financial document is less than or equal to the predetermined parameter. For example, First National's Online Banking system stores online statements and check images for up to 45 days in one storage system that is retrievable by customers online. After 45 days, online statements and check images are transferred to another storage system for archival

purposes for up to 7 years, and require a special request by the customer for online retrieval.

55.     First National performs the step of utilizing a processor that has access to the first and second storage systems. First National further performs the step of receiving a request for an image of one of the stored financial documents into the processor. For example, First National's Online Banking system has a processor that has access to storage systems that store online statements and check images, and this processor receives requests for specific online statements or check images. Specifically, First National's Online Banking system receives a request, through the processor, corresponding to a specific date range, and for specific online statements and check images.

56.     First National performs the step of comparing the specific document parameter of the requested financial document to the predetermined parameter to determine if the specific document parameter is greater than, less than, or equal to the predetermined parameter after the request has been received, wherein the specific document parameter of the financial document is a particular numerical sequence associated with the specific document parameter, and wherein the particular numerical sequence of the financial document includes a record date of the financial document. For example, First National's Online Banking system compares the date range of the received request to a predetermined date, for example 45 days of on-demand access to online statements and check images, and the online statement or check image is either retrieved for the customer or the customer receives notice that she must call customer service to request an online statement from equal to or greater than 45 days ago.

57.     First National performs the step of accessing the first storage system

when the specific document parameter is greater than the predetermined parameter and accessing the second storage system when the specific document parameter is less than or equal to the predetermined parameter. First National further performs the step of retrieving the image of the requested financial document from the accessed storage system as defined by the received request. For example, First National's Online Banking system's processor accesses and then retrieves online statements and check images from one storage system if the associated date is less than or equal to 45 days; and from another storage system if the associate date is greater than 45 days.

58. **Induced Infringement.** First National has also actively induced, and continues to induce, the infringement of at least claim 1 of the '612 Patent by actively inducing its customers, including merchants and end-users to use First National's Online Banking system in an infringing manner as described above. Upon information and belief, First National has specifically intended that its customers use its Online Banking system that infringe at least claim 1 of the '612 Patent by, at a minimum, providing access to, support for, training and instructions for, its Online Banking system to its customers to enable them to infringe at least claim 1 of the '612 Patent, as described above. Even where performance of the steps required to infringe at least claim 1 of the '612 Patent is accomplished by First National and First National's customer jointly, First National's actions have solely caused all of the steps to be performed.

59. First National is entitled to recover damages adequate to compensate it for such infringement in an amount no less than a reasonable royalty under 35 U.S.C. § 284.

60. First National will continue to be injured, and thereby caused irreparable harm, unless and until this Court enters an injunction prohibiting

further infringement.

## JURY DEMAND

61.     Under Rule 38(b) of the Federal Rules of Civil Procedure, Mirror Imaging respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Mirror Imaging asks this Court to enter judgment against First National, granting the following relief:

A. A declaration that First National has infringed the Patents-in-Suit;

B. An award of damages to compensate Mirror Imaging for First National's direct infringement of the Patents-in-Suit;

C. An order that First National and its officers, directors, agents, servants, employees, successors, assigns, and all persons in active concert or participation with them, be preliminarily and permanently enjoined from infringing the Patents-in-Suit under 35 U.S.C. § 283;

D. An award of damages, including trebling of all damages, sufficient to remedy First National's willful infringement of the Patents-in-Suit under 35 U.S.C. § 284;

E. A declaration that this case is exceptional, and an award to Mirror Imaging of reasonable attorneys' fees, expenses and costs under 35 U.S.C. § 285;

F. An award of prejudgment and post-judgment interest; and

G. Such other and relief as this Court or jury may deem proper and just.

        Respectfully submitted,

        /s/ Isaac Rabicoff
        Counsel for Plaintiff

Isaac Rabicoff
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773.669.4590
isaac@rabilaw.com