**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MIRROR IMAGING LLC | § | |
| | § | |
| | § | Case No. 2:17-cv-0507-JRG |
| v. | § | LEAD CASE |
| | § | |
| BOKF NA | § | |
| FIRST NATIONAL BANK OF OMAHA | § | Case No. 2:17-cv-0508-JRG |
| FIRST NATIONAL BANK TEXAS | § | Case No. 2:17-cv-0509-JRG |

### ORDER APPOINTING MEDIATOR

IT IS ORDERED that William Cornelius, One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, telephone number 903-509-5004 and fax number 903-509-5091, is hereby appointed as mediator in the above referenced lead and member cases. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/page1.shtml?location=mediation. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

**So Ordered this**
Sep 26, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE